**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**-------------------------------------------------------------X**

**JANE DOE,** **Civil Action No. 1:26-cv-09523**

**Plaintiff,**

**-against-**

**NEW YORK UNIVERSITY,**

**Defendant.**

**-------------------------------------------------------------X**

# PROPOSED ORDER

Upon Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym and for Protective Order, and upon review of the Complaint, Declaration of Andrew T. Miltenberg, Esq., and Memorandum of Law in Support of Motion, it is hereby

**ORDERED** that Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym is **GRANTED**, and it is

**FURTHER ORDERED**, that the Plaintiff's Motion for a Protective Order prohibiting Defendant from publicly identifying Plaintiff, in court filings or otherwise, is **GRANTED.**

**Dated:**

________________________________
**UNITED STATES ISTRICT JUDGE**