UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

**JANE DOE,**

**Civil Action No. 1:26-cv-09523**

**Plaintiff,**

**-against-**

**NEW YORK UNIVERSITY,**

**Defendant.**

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/6/2026

## ~~PROPOSED~~ ORDER

Upon Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym and for Protective Order, and upon review of the Complaint, Declaration of Andrew T. Miltenberg, Esq., and Memorandum of Law in Support of Motion, it is hereby

**ORDERED** that Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym is **GRANTED**, PROVIDED that Plaintiff refers to the Respondent in her Title IX proceeding by the pseudonym used in her Complaint in this action in all court filings; ~~and it is~~ and it is

**FURTHER ORDERED**, that the Plaintiff's Motion for a Protective Order prohibiting Defendant from publicly identifying Plaintiff, in court filings or otherwise, is **GRANTED.**

**Dated:** 11/6/2026

[signature]

UNITED STATES ISTRICT JUDGE